## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Florists' Mutual Insurance Company, | ) | **Civil No. 7:05-cv-50-HL** |
| Plaintiff, | ) | |
| vs. | ) | |
| Lewis Taylor Farms, Inc., LTF Greenhouses, LLC, and DL & B Enterprises, Inc., | ) | **PROPOSED ORDER GRANTING CONSOLIDATION (FOR PURPOSES OF DISCOVERY)** |
| Defendants | ) | |
| and | ) | |
| Lewis Taylor Farms, Inc., and LTF Greenhouses, LLC, | ) | |
| Defendants/Third Party Plaintiffs, | ) | |
| vs. | ) | |
| Syngenta Seeds, Inc., and R. D. Clifton Co., Inc., | ) | |
| Third Party Defendants. | ) | |

| | | |
|---|---|---|
| Gibbs Patrick Farms, Inc. | ) | **Civil No. 7:06-cv-48-HL** |
| Plaintiff, | ) | |
| v. | ) | |
| Syngenta Seeds, Inc., and R. D. Clifton Co., Inc. d/b/a Clifton Seed Company Georgia, | ) | |
| Defendants. | ) | |

This matter having been opened to the Court by Faegre & Benson, LLP, attorneys for defendants Syngenta Seeds, Inc. and R. D. Clifton Co., Inc., on an unopposed motion to consolidate the matters styled *Florists' Mutual Insurance Company vs. Lewis Taylor Farms, Inc., LTF Greenhouses, LLC, and DL & B Enterprises, Inc., and Lewis Taylor Farms, Inc., and LTF Greenhouses, LLC vs. Syngenta Seeds, Inc., and R. D. Clifton co., Inc.*, Civil No. 7:05-cv-50 HL, United States District Court, Middle District of Georgia and *Gibbs Patrick Farms, Inc., vs. Syngenta Seeds, Inc., and R. D. Clifton Co., Inc., d/b/a Clifton Seed Company Georgia*, Civil No. 7:06-cv-48-HL, United States District Court, Middle District of Georgia;

It is, therefore, ORDERED that:

1. The matters styled *Florists' Mutual Insurance Company vs. Lewis Taylor Farms, Inc., LTF Greenhouses, LLC, and DL & B Enterprises, Inc., and Lewis Taylor Farms, Inc., and LTF Greenhouses, LLC vs. Syngenta Seeds, Inc., and R. D. Clifton co., Inc.*, Civil No. 7:05-cv-50 HL, United States District Court, Middle District of Georgia and *Gibbs Patrick Farms, Inc., vs. Syngenta Seeds, Inc., and R. D. Clifton Co., Inc., d/b/a Clifton Seed Company Georgia*, Civil No. 7:06-cv-48-HL, United States District Court, Middle District of Georgia are hereby consolidated for the purposes of discovery.

2. A copy of this Order SHALL be served on all counsel of record within seven (7) days of receipt.

This the 14th day of September, 2006.

                                                 **S/  Hugh Lawson**
                                                 HUGH LAWSON, Judge

M2:20822566.01